CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 18 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JABORIE BROWN,** ) | **CASE NO. 7:12CV00164** |
| ) | |
| Petitioner, ) | |
| ) | **FINAL ORDER** |
| vs. ) | |
| ) | |
| **U. S. GOVERNMENT,** ) | By:  **James C. Turk** |
| ) | **Senior United States District Judge** |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 18th day of April, 2012.

/s/ James C. Turk
Senior United States District Judge